720 October 1, 2025 No. 859

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

RACHEL J. McCALL,
*Defendant-Appellant.*

Union County Circuit Court
23CR10832; A184424

Thomas B. Powers, Judge.

Submitted August 8, 2025.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Daniel Bennett, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Jennifer S. Lloyd, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

EGAN, J.

Affirmed.

**EGAN, J.**

Defendant appeals a judgment of conviction entered after defendant pleaded guilty to one count of fourth-degree assault constituting domestic violence, ORS 163.160(3), and resisting arrest, ORS 162.315. Appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

In April 2023, defendant was indicted for fourth-degree assault constituting domestic violence, ORS 163.160(3) (Count 1); third-degree escape, ORS 162.145 (Count 2); and resisting arrest, ORS 162.315 (Count 3). A year later, in April 2024, defendant pleaded guilty to Counts 1 and 3 in exchange for Count 1 being treated as an A misdemeanor rather than a C felony, dismissal of Count 2, and conditional discharge of Count 3. On Count 1, the trial court suspended imposition of sentence and imposed 36 months of supervised probation and 10 days in jail. On Count 3, the court imposed a sentence of conditional discharge.

Having reviewed the record, including the trial court file, the transcript of the hearings, and the *Balfour* brief, and taking into account our statutorily circumscribed authority to review, *see* ORS 138.105, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel. *See, e.g.*, *State v. Daily*, 335 Or App 198, 557 P3d 1153 (2024) (deciding matter submitted through *Balfour* process by two-judge panel); *State v. Goin*, 334 Or App 497, 556 P3d 663 (2024) (same).